**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Dewayne COPELAND, a.k.a.**
**Kent D. Copeland, Defendant–**
**Appellant.**

**No. 07–10849**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 13, 2007.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, William Rourk Clark, Jr., Ofc. of the Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed counsel for Kenneth Copeland in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Copeland's convictions and sentences are **AFFIRMED.**